JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GAMINO<br><br>    Plaintiff,<br><br>    vs.<br><br>INFAB CORPORATION<br>AND DOES 1-10, INCLUSIVE<br><br>    Defendant. | **CASE NO.: 2:21-cv-09718-MCS-MAR**<br><br>Assigned to:<br>Hon. Judge Mark C. Scarsi, District Judge<br>Hon. Margo A. Rocconi, Magistrate Judge<br><br>**ORDER ON STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND REMOVING ACTION FROM ACTIVE LIST OF CASES, PURSUANT TO STAY (ECF NO. 14)**<br><br>Complaint Filed:     December 15, 2021 |

# ORDER

After considering the parties' stipulation, IT IS HEREBY ORDERED THAT (1) all claims and causes of action set forth in the Complaint on file in this Action shall be submitted to binding arbitration before a neutral arbitrator in accordance with the terms of the STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION; (2) this Action is hereby stayed in its entirety pending completion of arbitration; and (3) all hearing dates and associated deadlines are hereby taken off calendar.

The Court having stayed this action pending binding arbitration, orders that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

It is further ordered that counsel shall file a proper stipulation for dismissal or a joint report detailing the arbitration status within 30 days and every quarter thereafter until a stipulation for dismissal is filed.

The Court retains jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby vacated.

**IT IS SO ORDERED.**

Dated: February 28, 2022

_____
HONORABLE JUDGE MARK C. SCARSI
JUDGE OF THE DISTRICT COURT