Yvonne Arvanitis Fossati (SBN 161764)
Yvonne.Fossati@jacksonlewis.com
Gabriel A. Mendoza (SBN 324300)
Gabriel.Mendoza@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
INFAB, LLC (erroneously named and served as Infab Corporation)


Ed K. Bassey (SBN 146740)
Attorney at Law
bassey_ed@yahoo.com
309 South "A" Street
Oxnard, CA 93030
Telephone:  (805) 487-8689
Facsimile:   (805) 486-8868

Attorneys for Plaintiff
LUIS GAMINO

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GAMINO<br><br>      Plaintiff,<br><br>   vs.<br><br>INFAB CORPORATION<br>AND DOES 1-10, INCLUSIVE<br><br>      Defendant. | **CASE NO.: 2:21-cv-09718-MCS-MAR**<br><br>Assigned to:<br>Hon. Judge Mark C. Scarsi, District Judge<br>Hon. Margo A. Rocconi, Magistrate Judge<br><br>**JOINT STATUS REPORT**<br><br><br>Complaint Filed:      December 15, 2021 |

### TO THE HONORABLE COURT:

The parties herein ("Parties"), by and through their attorneys of record, submit this Joint Status Report, per the Court's February 28, 2022 Order to provide a quarterly joint report detailing the arbitration status.

1       1.    On February 23, 2022, the Parties filed a Joint Stipulation to Submit Matter

2 to Binding Arbitration.

3       2.    On February 28, 2022, the Court ordered the matter to submit to binding

4 arbitration.

5       3.    Claimant's counsel has the obligation to initiate the arbitration process via a

6 demand for arbitration.

7       4.    Respondent's counsel contacted Claimant's counsel on June 8, 2022 and

8 suggested arbitrators, per the arbitration agreement's mutual selection process.

9       6.    On September 28 and 29, 2022, Respondent's counsel contacted Claimant's

10 counsel inquiring about the previous list of arbitrators and the parties are in the process of

11 selecting an agreed-upon arbitrator.

Respectfully Submitted,

DATED:  October 3, 2022          **JACKSON LEWIS P.C.**

By: _/s/ Yvonne Arvanitis Fossati_
Yvonne Arvanitis Fossati
Gabriel A. Mendoza

Attorneys for Defendant
INFAB, LLC (erroneously named and
served as Infab Corporation)

DATED: _October 3_, 2022        **ED K. BASSEY**

By:_____
Ed K. Bassey

Attorney for Plaintiff
LUIS GAMINO

4865-4346-3990, v. 1